UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:07-CV-01886<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jillian Spencer, et al,<br><br>                    Plaintiff(s),<br>vs.<br>Pfizer Inc, et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), **James Canady and Betty Canady** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: Jan. 6, 2010 | By: /s/ |
| 3 | | |
| | | Hissey Kientz, L.L.P. |
| | | Eric Walker, Esq. |
| | | David L. Friend, Esq. |
| | | 9442 Capital of Texas Hwy N., Suite 400 |
| | | Austin, TX 78759 |
| | | Telephone: (512) 320-9100 |
| | | Facsimile: (512) 320-9101 |
| | | Attorneys for Plaintiff(s) |
| 8 | DATED: Jan. 6, 2010 | By: /s/ |
| | | |
| | | DLA PIPER LLP (US) |
| | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42463776.1