1

2

3                         UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6
                                                    )
7                                                   )   3:07-CV-01886
        IN RE: BEXTRA AND CELEBREX                  )
8       MARKETING SALES PRACTICES AND               )   MDL NO. 1699
        PRODUCT LIABILITY LITIGATION                )   District Judge: Charles R. Breyer
9                                                   )
                                                    )
10      Jillian Spencer, et al,                     )
                                                    )
11                              Plaintiff(s),       )   STIPULATION AND ORDER OF
                                                    )   DISMISSAL WITH PREJUDICE
12                      vs.                          )
                                                    )
13      Pfizer Inc, et al.                          )
                                Defendants.         )
14                                                  )
                                                    )
15                                                  )
                                                    )
16

17          Come now the Plaintiff(s), **Jillian Spencer and Dwight Spencer** and Defendants, by and

18      through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

19      hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

20      attorneys' fees and costs.

21

22

23

24

25

26

27

1

2    DATED:   **Jan. 6, 2010**    By:

3

4                       Hissey Kientz, L.L.P.
                      Eric Walker, Esq.

                      David L. Friend, Esq.

5                       9442 Capital of Texas Hwy N., Suite 400
                      Austin, TX 78759

6                       Telephone: (512) 320-9100
                      Facsimile: (512) 320-9101

7                       Attorneys for Plaintiff(s)

8    DATED:   **Jan. 6, 2010**    By:

9

10                       DLA PIPER LLP (US)
                      1251 Avenue of the Americas

11                       New York, NY 10020
                      Telephone: (212) 335-4500

12                       Facsimile: (212) 335-4501
                      *Defendants' Liaison Counsel*

13

14

15

16    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

17

18    Dated: _JAN 1 9 2010_

19                       Hon. Charles R. Breyer
                      United States District Court

20

21

22

23

24

25

26

27